IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

TAVERN DOWNING, SR., *

Plaintiff, *

v. Case No. 7:26-cv-193 (WLS)
*

DON TILACK, et al.,
*

Defendants.
*

**<u>J U D G M E N T</u>**

Pursuant to this Court's Order dated September 22, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 22nd day of September, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk